**FILED**

08/31/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0393

IN THE SUPREME COURT OF THE STATE OF MONTANA

SUPREME COURT CAUSE NO. DA 23-0393

_____

| | | |
|---|---|---|
| STATE OF MONTANA | ) | |
| Plaintiff | ) | |
| | ) | ORDER TO EXTEND |
| vs. | ) | THE DEADLINE FOR |
| | ) | OPENING BRIEF |
| JUSTIN KALINA, | ) | |
| | ) | |
| Defendant. | ) | |

Upon consideration of Defendant's unopposed motion for a first extension of the 9/13/23 deadline to file the Opening Brief in this matter, and good cause therefrom;

It is therefore ORDERED that the Motion is granted. The new deadline for the Opening Brief shall be 30 days from the original date of 9/13/23.

ELECTRONICALLY SIGNED AND DATED BELOW.

cc:     Attorney General
        Jami Rebsom

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 31 2023